UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 14 AM 11:22
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | '08 MJ 2513 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jason Daniel HUGHES,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **August 13, 2008,** within the Southern District of California, defendant **Jason Daniel HUGHES** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Irais ROMAN-Martinez, Edith ANTONIO-Martinez, and David ANTONIO-Martinez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **AUGUST 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jason Daniel HUGHES

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Irais ROMAN-Martinez, Edith ANTONIO-Martinez, and David ANTONIO-Martinez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 13, 2008, Border Patrol Agent I. Diaz from the El Cajon Station was conducting anti-smuggling operations on Highway 94 near Campo, California. Agent Diaz was in full uniform and operating a marked service vehicle. At approximately 5:30 a.m., Agent Diaz observed a white Chevrolet Suburban with California plates registered to an address in Rosarito, Mexico. The vehicle was traveling eastbound on Highway 94 from an area known as "Rope Road". As the vehicle passed his location BPA Diaz observed it swerve and bounce as if heavy laden.

BPA Diaz then followed the vehicle for further observation. Agent Diaz observed the vehicle braking constantly and at times drove with the headlights off. The Suburban then pulled over to the side of the Highway east of Sheraton Road. BPA Diaz observed the driver, later identified as defendant **Jason Daniel HUGHES** exit the vehicle and open the hood. HUGHES then got back into the vehicle and continued driving eastbound with his head lights off in the darkness. After approximately one quarter of a mile of travel the vehicle lights came back on.

Suspecting that the vehicle may be involved in alien smuggling Agent Diaz attempted a vehicle stop to conduct an immigration inspection on the occupants. The vehicle failed to yield and continued driving eastbound on Highway 94 at an approximate speed 35 miles per hour. HUGHES continued to drive eastbound on Highway 94 constantly pulling off the highway driving at approximately 5 miles per hour on the dirt. BPA Diaz observed HUGHES during the pursuit constantly turning off the headlights at various intervals creating a hazardous condition for the pursuing Agents as well as oncoming traffic.

At approximately 5:47 a.m. HUGHES yielded near the "High Train Trestle" in Campo, California. This area is approximately one fourth of a mile west of Church Road. BPA Diaz approached the vehicle and identified himself as a United States Border Patrol Agent and instructed the driver to exit the vehicle where he was immediately placed under arrest. Agent Diaz returned to the Suburban and found four people in the rear of the vehicle. BPA Diaz identified himself as a United States Border Patrol Agent and questioned the individuals as to their immigration status. All four admitted to being citizens and nationals of Mexico illegally present in the United States. The other four individuals were taken into custody for being illegally present in the United States. All five were transported to the El Cajon Border Patrol Station for processing.

**CONTINUATION OF COMPLAINT:**
**Jason Daniel HUGHES**

## STATEMENTS OF MATERIAL WITNESSES:

Material witnesses Edith ANTONIO-Martinez, David ANTONIO-Martinez, and Omar TORRALBA-Chavez, admit to being citizens of Mexico illegally present in the United States. They stated that they made arrangements or someone made arrangements for them to be smuggled into the United States. They stated that they were to pay for amounts ranging from unknown to $2500 U.S. When shown a photo lineup material witness Edith ANONIO-Martinez was able to identify Jason Daniel HUGHES as the driver of the vehicle.