UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR2905-JLS | |
| Plaintiff ) | 08MJ2513 | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| Jason Daniel Hughes ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Mat. Wit: Irais Ramas-Martinez

DATED: Aug. 28, 2008

**RUBEN B. BROOKS**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk    B.Borja